UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chris Nelson, | Case No. 21-CV-2761 (SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Commissioner of Corrections | |
| Respondent. | |

Chris Nelson, OID# 236954, MCF Stillwater, 970 Pickett Street North, Bayport, MN 55003-1490, petitioner pro se.

Matthew Frank, Minnesota Attorney General's Office - Ste 1800, 445 Minnesota St Ste 1800, St Paul, MN 55101-2134, for respondent.

This matter is before the Court on the Report and Recommendation United States Magistrate Judge Tony N. Leung dated February 3, 2022 [Doc. No. 4]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** this action is dismissed without prejudice under Federal Rule of Civil Procedures 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: February 18, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge